| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | ANGELA L. SCOTT |
| | Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00296-DAD-BAM |
| Plaintiff, | ORDER REGARDING GOVERNMENT'S DISCLOSURE OF SENSITIVE MATERIALS |
| v. | |
| TOMMIE THOMAS, and JARVIS THOMAS, | |
| Defendant. | |

The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials between Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant JARVIS THOMAS, by and through his counsel of record, E. Marshall Hodgkins.

Good cause showing, IT IS HEREBY ORDERED THAT:

The government will identify the discovery materials in this case the disclosure of which could jeopardize the safety of witnesses or other persons or affect the confidentiality of ongoing investigations (the "Sensitive Materials").

The government will mark all Sensitive Materials with the following stamp or inscription: "PROTECTIVE ORDER"

If the government distributes any document, compact disk, or other material bearing the above label, then:

Defense counsel shall not distribute the Sensitive Materials to anyone other than his own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

Defense counsel shall not allow anyone other than himself and his legal staff to possess, or maintain possession of, any Sensitive Materials;

Defense counsel may permit defendant to review Sensitive Materials, but only in his presence or in the presence of his own legal staff;

Defense counsel and defendant may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first meeting and conferring with government counsel, and, in any event, shall file any Sensitive Materials under seal.

The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the Sensitive Materials that defense counsel possesses and/or has made and distributed to his agents, except a copy set as necessary to maintain in defense counsel's case file.

IT IS SO ORDERED.

Dated: **April 11, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE