1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   TOMMIE THOMAS
7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00296-1 DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| TOMMIE THOMAS, | Date: **October 15, 2019**<br>Time: **10:00 a.m.**<br>Courtroom: **5** |
| Defendant. | **Hon. Dale A. Drozd** |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Tuesday, October 15, 2019, at 10:00 a.m. be continued to **Monday, November 25, 2019, at 10:00 a.m.**

The parties also agree to amend the briefing schedule as follows: Informal Objections are due on October 28, 2019, Final Presentence Investigation Report is due on November 4, 2019, and Formal Objections are due on November 12, 2019.

This request is made by defense counsel who needs additional time to set aside state case before sentencing.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 20, 2019    By: */s/ Angela L. Scott*
ANGELA L. SCOTT
Assistant United States Attorney

DATED: September 20, 2019    By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant TOMMIE THOMAS

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case is continued from Tuesday, October 15, 2019, at 10:00 a.m. to Monday, November 25, 2019, at 10:00 a.m. The briefing schedule is changed as follows: Informal Objections due on October 28, 2019, Final Presentence Investigation Report due on November 4, 2019, and Formal Objections due on November 12, 2019.

IT IS SO ORDERED.

Dated: **September 23, 2019**

UNITED STATES DISTRICT JUDGE